No. D–1564. IN RE DISBARMENT OF MURASKI. It is ordered that Anthony Augustus Muraski, of Ann Arbor, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1565. IN RE DISBARMENT OF GOULD. It is ordered that David Francis Gould, of Bangor, Me., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–967. FIELD ET AL. *v.* MANS. C. A. 1st Cir. [Certiorari granted, 514 U. S. 1095.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that W. E. Whittington IV, Esq., of Norwich, Vt., be appointed to serve as counsel for respondent in this case.

No. 94–1239. FULTON CORP. *v.* FAULKNER, SECRETARY OF REVENUE OF NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 514 U. S. 1062.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 94–1361. ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL. *v.* KOREAN AIR LINES CO., LTD.; and
No. 94–1477. KOREAN AIR LINES CO., LTD. *v.* ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL. C. A. 2d Cir. [Certiorari granted, 514 U. S. 1062.] Motion of Philomena Dooley et al. for leave to file a brief as *amici curiae* granted. Motion of Plaintiffs' Committee in In Re Air Crash Disaster at Lockerbie, Scotland, for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 94–1785. COMMISSIONER OF INTERNAL REVENUE *v.* LUNDY. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1102.] Motion of petitioner to dispense with printing the joint appendix granted.